IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| MONIQUE DESORMEAUX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                               ) | CV 125-196 |
| ) | |
| RICHARD ROUNDTREE, Sheriff; ) | |
| KIMBERLY FONTENOT, Officer; ) | |
| SUZETTE MYERS, Officer; ) | |
| JASMINE DAWSON, Officer; ) | |
| JANE DOES 1-5; ) | |
| JOHN DOES 1-2; and THOMAS CLICK, ) | |
| ) | |
| Defendants. ) | |

### O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, ("R&R") to which objections have been filed. (Doc. no. 11.) Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R as its opinion, **DISMISSES** this case for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this ___17th___ day of February, 2026, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA